IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINCY M. NERI,

      Plaintiff,    JUDGMENT IN A CIVIL CASE

 v.           13-cv-382-bbc

SENTINEL INSURANCE COMPANY, LTD,
and ERIC FERGUSON DBA/ WHITE
SCHOOL STUDIOS,

      Defendant.

 This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Quincy M. Neri leave to proceed <u>in forma pauperis</u> and dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 8/2/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |