IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINCY M. NERI,

    Plaintiff,

v.

SENTINEL INSURANCE COMPANY LTD
and ERIC FERGUSON dba White School
Studios,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-382-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Eric Ferguson and Sentinel Insurance Company Ltd; granting their motions to dismiss this case under Fed. R. Civ. P. 12(b)(6), and this case is dismissed with prejudice.

/s/                                                 August 22, 2014

Peter Oppeneer, Clerk of Court                  Date